# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08 C 636

CRISTOBAL GARIBAY, et. al.,
        Plaintiffs,

vs.

GARDEN FRESH - MOUNT PROSPECT, INC., et. al.
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

**FILED**
MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> LAWRENCE R. MILLER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lawrence R. Miller | |
| FIRM <br> GARDEN FRESH MARKET | |
| STREET ADDRESS <br> 7150 CAPITOL DRIVE | |
| CITY/STATE/ZIP <br> WHEELING, IL 60090 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6271340 | TELEPHONE NUMBER <br> 847-520-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |