## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 636 |
|---|---|
| CRISTOBAL GARIBAY, et al. v. GARDEN FRESH - MOUNT PROSPECT, INC., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Garden Fresh - Mount Prospect, Inc., Garden Fresh - Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., and Adi Mor

| | |
|---|---|
| NAME (Type or print)<br>David J. Ben-Dov | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David J. Ben-Dov | |
| FIRM<br>Deutsch, Levy & Engel, Chartered | |
| STREET ADDRESS<br>225 West Washington Street, Suite 1700 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6255620 | TELEPHONE NUMBER<br>(312) 853-8444 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐