IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>  Plaintiffs,<br><br>  v.<br><br>GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually,<br><br>  Defendants. | Case No. 08 C 636<br><br>District Judge Guzman<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

TO:   Douglas M. Werman
      Maureen A. Bantz
      Werman Law Office, P.C.
      77 West Washington Street, Suite 1402
      Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on the 24th day of March, 2008, at 9:30 a.m., we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Attorney Appearance Forms of Jeffrey E. Schiller and David J. Ben-Dov**, copies of which are hereby served upon you.

                                Respectfully submitted,

                                **GARDEN FRESH - MOUNT PROSPECT, INC.,
                                GARDEN FRESH - ARLINGTON HEIGHTS, INC.,
                                GARDEN FRESH FRUIT MARKET, INC., and
                                ADI MOR**

Dated: March 24, 2008
                        By:      *s/David J. Ben-Dov*
                                One of their Attorneys

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

266819-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 636 |
| vi. | )<br>) District Judge Guzman |
| GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually, | )<br>) Magistrate Judge Valdez<br>)<br>) |
| Defendants. | ) |

### CERTIFICATION OF SERVICE

I, David J. Ben-Dov, certify and state that I have caused copies of the attached *Attorney Appearance Forms of Jeffrey E. Schiller and David J. Ben-Dov* to be served upon the above-listed party(ies) by electronic means through the court's transmission facilities, CM/ECF, in satisfaction of Federal Rule of Civil Procedure 5(a) and in accordance with Federal Rule of Civil Procedure 5(b)(2)(D). Furthermore, any above-listed party(ies) not known to have consented to service by electric means through the court's electronic transmission facilities were caused to be served with copies of the attached by placing a copy of same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the United States Mail located at 225 W. Washington, Chicago, Illinois 60606, prior to 5:00 p.m. this 24th day of March, 2008.

        Respectfully submitted,

        **GARDEN FRESH - MOUNT PROSPECT, INC.,**
        **GARDEN FRESH - ARLINGTON HEIGHTS, INC.,**
        **GARDEN FRESH FRUIT MARKET, INC., and**
        **ADI MOR**

Dated: March 24, 2008
      By:  *s/David J. Ben-Dov*
        One of their Attorneys

266819-1

3

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

266819-1

4