IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 636 |
| v. | ) ) | District Judge Guzman |
| GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Garden Fresh - Mount Prospect, Inc., Garden Fresh - Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., and Adi Mor, by their counsel, Jeffrey E. Schiller and David J. Ben-Dov of Deutsch, Levy & Engel, Chartered, move for an extension of time to answer or otherwise plead, and in support thereof state:

1. This matter was filed by Plaintiffs on January 29, 2008.

2. Defendants subsequently executed waivers of service of summons, providing that Defendants' answer or other responsive pleading is due for filing on or before April 1, 2008.

3. Defendants, by their corporate in-house counsel, Lawrence R. Miller, filed their appearance on March 12, 2008.

4. Counsel for Defendants have only recently been retained and require

further time to thoroughly review the matter and supporting documentation in order to prepare an appropriate Answer or other pleading responsive to the Complaint.

5.  Defendants therefore request an additional twenty-one (21) days to file an Answer, including affirmative defenses, or otherwise plead, to and including April 22, 2008.

**WHEREFORE**, Defendants, Garden Fresh - Mount Prospect, Inc., Garden Fresh -Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., and Adi Mor, respectfully request that this Court extend the time for each of them to answer or otherwise plead, to and including April 22, 2008, and all other relief this Court deems just and appropriate.

Respectfully submitted,

**GARDEN FRESH - MOUNT PROSPECT, INC.,
GARDEN FRESH - ARLINGTON HEIGHTS, INC.,
GARDEN FRESH FRUIT MARKET, INC., and
ADI MOR**

Dated: March 24, 2008

By: _____*s/David J. Ben-Dov*_____
One of their Attorneys

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

266763-2

2