IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 08 C 636 |
| ) | |
| v. ) | |
| ) | District Judge Guzman |
| GARDEN FRESH - MOUNT PROSPECT, INC., ) GARDEN FRESH - ARLINGTON HEIGHTS, ) INC., GARDEN FRESH FRUIT MARKET, INC., ) and ADI MOR, individually, ) ) | Magistrate Judge Valdez |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  Douglas M. Werman
     Maureen A. Bantz
     Werman Law Office, P.C.
     77 West Washington Street, Suite 1402
     Chicago, Illinois  60602

PLEASE TAKE NOTICE that on the 1st day of April, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman, Courtroom 1219, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court the **Defendants' Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Respectfully submitted,

**GARDEN FRESH - MOUNT PROSPECT, INC.,
GARDEN FRESH - ARLINGTON HEIGHTS, INC.,
GARDEN FRESH FRUIT MARKET, INC., and
ADI MOR**

Dated: March 24, 2008

By: _____*s/David J. Ben-Dov*_____
One of their Attorneys

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

266817-1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 08 C 636 |
| vi. ) ) ) | District Judge Guzman |
| GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually, ) ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. ) | |

## CERTIFICATION OF SERVICE

I, David J. Ben-Dov, certify and state that I have caused copies of the attached *Defendants' Motion for Extension of Time to Answer or Otherwise Plead* to be served upon the above-listed party(ies) by electronic means through the court's transmission facilities, CM/ECF, in satisfaction of Federal Rule of Civil Procedure 5(a) and in accordance with Federal Rule of Civil Procedure 5(b)(2)(D). Furthermore, any above-listed party(ies) not known to have consented to service by electric means through the court's electronic transmission facilities were caused to be served with copies of the attached by placing a copy of same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the United States Mail located at 225 W. Washington, Chicago, Illinois 60606, prior to 5:00 p.m. this 24th day of March, 2008.

Respectfully submitted,

**GARDEN FRESH - MOUNT PROSPECT, INC.,
GARDEN FRESH - ARLINGTON HEIGHTS, INC.,
GARDEN FRESH FRUIT MARKET, INC., and
ADI MOR**

Dated: March 24, 2008

By: *s/David J. Ben-Dov*
One of their Attorneys

266817-1

3

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)