IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 636 |
| GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually, | ) ) ) ) ) | Hon. Ronald A. Guzman Judge Presiding |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO STRIKE AND DISMISS

Defendants, Garden Fresh - Mount Prospect, Inc., Garden Fresh - Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., and Adi Mor, by their attorneys, David J. Ben-Dov and Jeffrey E. Schiller of Deutsch, Levy & Engel, Chartered, move this Court pursuant to Rules 12(b)(6) and 12(f), to strike the class allegations and putative class claims contained in Plaintiffs' Complaint, and to dismiss Garden Fresh Fruit Market, Inc., as a party Defendant herein. In support of their Motion, Defendants submit the accompanying Memorandum of Law in Support of their Motion to Strike and Dismiss, and expressly adopt and incorporate the Memorandum as part of this Motion.

**WHEREFORE**, Defendants respectfully request that this Court grant their Motion.

Respectfully submitted,
**GARDEN FRESH - MOUNT PROSPECT, INC.,
GARDEN FRESH - ARLINGTON HEIGHTS, INC.,
GARDEN FRESH FRUIT MARKET, INC., and ADI MOR**

By: ___*s/David J. Ben-Dov*___

Dated: __April 22, 2008__    One of their Attorneys

- 267863.1

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)