IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 636 |
| GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually, | ) ) ) ) ) | Hon. Ronald A. Guzman Judge Presiding |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Douglas M. Werman
      Maureen A. Bantz
      Werman Law Office, P.C.
      77 West Washington Street, Suite 1402
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 24th day of April, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman, Courtroom 1219, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court the **Defendants' Motion to Strike and Dismiss, and Memorandum of Law in Support**, a copy of which is hereby served upon you.

Respectfully submitted,

**GARDEN FRESH - MOUNT PROSPECT, INC.,
GARDEN FRESH - ARLINGTON HEIGHTS, INC.,
GARDEN FRESH FRUIT MARKET, INC., and ADI MOR**

By:   _s/David J. Ben-Dov_
      One of their Attorneys

Dated:   April 22, 2008

- 268522.1

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

- 268522.1