IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>        Plaintiffs,<br><br>    v.<br><br>GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually,<br><br>        Defendants. | Case No. 08 C 636<br><br>Hon. Ronald A. Guzman<br>Judge Presiding |

## CERTIFICATION OF SERVICE

      I, David J. Ben-Dov, certify and state that I have caused copies of the attached Defendants' Motion to Strike and Dismiss, and Memorandum of Law in Support, to be served upon the above-listed party(ies) by electronic means through the court's transmission facilities, CM/ECF, in satisfaction of Federal Rule of Civil Procedure 5(a) and in accordance with Federal Rule of Civil Procedure 5(b)(2)(D). Furthermore, any above listed party(ies) not known to have consented to service by electronic means through the court's electronic transmission facilities were caused to be served with copies of the attached by placing a copy of same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the United States Mail located at 225 W. Washington, Chicago, Illinois, 60606, prior to 5:00 p.m., this 22nd day of April, 2008.

                                                Respectfully submitted,

                                                **GARDEN FRESH - MOUNT PROSPECT, INC.,**
                                                **GARDEN FRESH - ARLINGTON HEIGHTS, INC.,**
                                                **GARDEN FRESH FRUIT MARKET, INC., and ADI MOR**

                  By:     _s/David J. Ben-Dov_
                             One of their Attorneys

Dated:   April 22, 2008

- 268526.1

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

- 268526.1