IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 08 C 636 |
| ) | |
| v. ) | |
| ) | Hon. Ronald A. Guzman |
| GARDEN FRESH - MOUNT PROSPECT, INC., ) GARDEN FRESH - ARLINGTON HEIGHTS, ) INC., GARDEN FRESH FRUIT MARKET, INC., ) and ADI MOR, individually, ) ) | Judge Presiding |
| Defendants. ) | |

## JOINT INITIAL STATUS REPORT

Plaintiffs, by their attorneys, Douglas M. Werman and Maureen A. Bantz of Werman Law Office P.C., and Defendants, Garden Fresh – Mount Prospect, Inc., Garden Fresh – Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., and Adi Mor, by their attorneys, David J. Ben-Dov and Jeffrey E. Schiller of Deutsch, Levy & Engel, Chartered, respectfully submit the following Joint Initial Status Report pursuant to this Court's Standing Order regarding initial status hearings:

**A.**   **Nature of the Case and Relief Sought**

1. This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.* ("IMWL"). Plaintiffs allege that they worked for Defendants, but were not paid overtime wages. Defendants deny the allegations made by Plaintiffs.

2. Plaintiffs, who are currently not in possession of documents to calculate their alleged damages, also seek statutory penalties and reasonable attorney's fees with respect to their FLSA and IMWL claims.

3. Plaintiffs' Complaint asserts an "opt-in" collective action under Section 216(b) of the FLSA (Count I), and an "opt-out" class action pursuant to Federal Rule of Civil Procedure 23, with respect to their IMWL claims (Count II).

**B.     Status of Pending Motion**

Defendants' Motion to Strike and Dismiss is pending at this time. Defendants have moved to strike Plaintiffs' Federal Rule of Civil Procedure 23 class action allegations, and to dismiss Defendant, Garden Fresh Fruit Market, Inc., as a party Defendant. Plaintiffs' Response to Defendants' Motion is due on or before May 14, 2008, and Defendants' Reply is due on or before May 28, 2008.

**C.     Discovery Cut-off and Trial Dates**

There are no dates currently set for discovery cut-off, pretrial order or trial. The parties request that the Court schedule discovery cut-off and trial dates after the Court rules on Defendants' Motion to Strike and Dismiss. The outcome of Defendants' Motion will have a significant impact on the nature and scope of Plaintiffs' claims and the amount of time the parties will require to complete discovery.

**D.     Discovery Status**

The parties have not commenced any discovery.

**E.     Status of Jury Demand**

A jury has not been demanded.

## F.  Status of Settlement Discussions

The parties have briefly discussed the possibility of settlement, but have not exchanged any formal settlement demands or offers to date. The parties will be in a better position to evaluate the possibility of settlement after the Court rules on Defendants' Motion to Strike and Dismiss.

Respectfully submitted,

By: s/Douglas M. Werman  
One of the Attorneys for Plaintiffs

Douglas M. Werman  
Maureen A. Bantz  
Werman Law Office, P.C.  
77 W. Washington, Suite 1402  
Chicago, Illinois 60602  
(312) 419-1008

Dated: May 6, 2008

By: s/David J. Ben-Dov  
One of the Attorneys for Defendants

Jeffrey E. Schiller  
David J. Ben-Dov  
Deutsch, Levy & Engel, Chartered  
225 West Washington Street, Suite 1700  
Chicago, Illinois 60606  
(312) 346-1460

May 6, 2008