IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, )<br><br>Plaintiffs, )<br><br>v. )<br><br>GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC and ADI MOR, individually, )<br><br>Defendants. ) | Case No. 08 C 636<br><br>Judge Guzman |

## NOTICE OF FILING

TO:

| | |
|---|---|
| Jeffrey E. Schiller<br>David J. Ben-Dov<br>Deutsch, Levy & Engel, Chartered<br>225 West Washington Street, Suite 1700<br>Chicago, Illinois 60606 | Lawrence R. Miller<br>Garden Fresh Market<br>7150 Capitol Drive<br>Wheeling, IL 60090 |

**PLEASE TAKE NOTICE** that on May 6, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Joint Initial Status Report**, a copy of which is attached hereto.

Respectfully submitted,

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz (ARDC# 6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
Attorneys for Plaintiffs