IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually,<br><br>Defendants. | Case No. 08 C 636<br><br>Hon. Ronald A. Guzman<br>Judge Presiding |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

NOW COMES David J. Ben-Dov and Jeffrey E. Schiller of Deutsch, Levy & Engel, Chartered (collectively, "DLEC"), and moves this Honorable Court pursuant to Local Rule 83.17, for leave to withdraw our Appearance as counsel of record for Defendants, Garden Fresh - Mount Prospect, Inc., Garden Fresh - Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., and Adi Mor. In support of its motion, DLEC states as follows:

1. DLEC is counsel of record for Defendants.

2. Defendants have advised DLEC that they do not desire them to continue in such representation.

3. DLEC informed Defendants on May 12, 2008 that it would file a motion to withdraw and a copy of this motion was sent to Defendants via both Federal Express on that date for delivery on May 13, 2008, and via United States Certified Mail.

- 269764.1

**WHEREFORE**, David J. Ben-Dov and Jeffrey E. Schiller of Deutsch, Levy & Engel, Chartered, seeks leave to withdraw our Appearance as counsel of record for Defendants, Garden Fresh - Mount Prospect, Inc., Garden Fresh - Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., and Adi Mor.

                          DEUTSCH, LEVY & ENGEL, CHARTERED

                    By:    _s/David J. Ben-Dov_
                             One of its Attorneys

Dated: __May 12, 2008__

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

- 269764.1