IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>   Plaintiffs,<br><br>v.<br><br>GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually,<br><br>   Defendants. | Case No. 08 C 636<br><br>Hon. Ronald A. Guzman<br>Judge Presiding |

## NOTICE OF MOTION TO WITHDRAW AS
## COUNSEL OF RECORD FOR DEFENDANTS

TO: Douglas M. Werman     Adi Mor, CEO
   Maureen A. Bantz      Lawrence R. Miller, General Counsel
   Werman Law Office, P.C.    Garden Fresh Market, Inc.
   77 West Washington Street, Suite 1402  7150 Capitol Drive
   Chicago, Illinois 60602     Wheeling, Illinois 60090

   PLEASE TAKE NOTICE that on the 15th day of May, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman, Courtroom 1219, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court the **Defendants' Motion to Withdraw as Counsel of Record for Defendants**, a copy of which is hereby served upon you.

              Respectfully submitted,

              DEUTSCH, LEVY & ENGEL, CHARTERED

         By: _s/David J. Ben-Dov_
            One of their Attorneys

Dated: May 12, 2008

- 268522.1

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

- 268522.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH - ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually, <br><br> Defendants. | Case No. 08 C 636 <br><br> Hon. Ronald A. Guzman <br> Judge Presiding |

## CERTIFICATION OF SERVICE

I, David J. Ben-Dov, certify and state that I have caused copies of the attached Defendants' Motion to Withdraw as Counsel of Record for Defendants, to be served upon the above-listed party(ies) by electronic means through the court's transmission facilities, CM/ECF, in satisfaction of Federal Rule of Civil Procedure 5(a) and in accordance with Federal Rule of Civil Procedure 5(b)(2)(D). Furthermore, any above listed party(ies) not known to have consented to service by electronic means through the court's electronic transmission facilities were caused to be served with copies of the attached by Federal Express overnight delivery and by placing a copy of same in an certified mail envelope, properly addressed, return receipt requested, with proper postage affixed thereon, and depositing said envelope in the United States Mail located at 225 W. Washington, Chicago, Illinois, 60606, prior to 5:00 p.m., this 12th day of May, 2008.

Respectfully submitted,

**DEUTSCH, LEVY & ENGEL, CHARTERED**

By: _____s/David J. Ben-Dov_____
One of their Attorneys

Dated: __May 12, 2008__

- 268526.1

Jeffrey E. Schiller (3124442)
David J. Ben-Dov (6255620)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460
(312) 346-1859 (facsimile)

- 268526.1