IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually, <br><br> Defendants. | Case No. 08 C 636 <br><br> Hon. Ronald A. Guzman <br> Judge Presiding |

## MOTION FOR LEAVE TO FILE APPEARANCES AS SUBSTITUTE COUNSEL

Defendants GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR by their attorneys respectfully move this Court to enter an Order granting leave to file the Appearances of Henry C. Krasnow and Todd M. Brandel as Substitute Counsel.

Respectfully submitted,

**GARDEN FRESH – MOUNT PROSPECT, INC.,
GARDEN FRESH – ARLINGTON HEIGHTS, INC.,
GARDEN FRESH FRUIT MARKET, INC. and ADI MOR**

By: /s/ Todd M. Brandel
 One of their Attorneys

Dated: May 15, 2008

Henry C. Krasnow, Esq. (ARDC # 1525166)
Todd M. Brandel, Esq. (ARDC # 6285806)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Second Floor
Chicago, IL 60610
(312) 755-5700
(312) 755-5720 (facsimile)