IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) | |
| | ) | Case No. 08 C 636 |
| Plaintiffs, | ) ) | Hon. Ronald A. Guzman |
| v. | ) ) | Judge Presiding |
| GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually, | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION REGARDING
SCHEDULING AND CASE MANAGEMENT**

1. The Complaint asserts claims under the Federal Labor Standards Act and the Illinois Minimum Wage Law:

(a) Cristobal Garibay, a former employee of Garden Fresh – Mount Prospect, Inc., claims to have been denied six hours of overtime pay ($90) during one workweek in October, 2007;

(b) Rodrigo Alvarenga, a former employee of Garden Fresh – Mount Prospect, Inc., claims to have worked under four different names, and, as a result, was denied overtime pay (amount unspecified) under one of these several aliases; and

(c) Carlos Gonzalez was employed by Garden Fresh – Mount Prospect, Inc. While employed by Garden Fresh – Mount Prospect, Inc., he applied for a second job, this time with Garden Fresh – Arlington Heights, Inc. His application for his second job did not disclose his first job. He claims that during one workweek in December, 2007 he

worked 49.5 hours at Garden Fresh – Arlington Heights, Inc. (his second job) and 22.5 hours at Garden Fresh – Mount Prospect, Inc. (his first job). Although he was paid for the 9.5 hours of overtime he worked at Garden Fresh – Arlington Heights, Inc., he claims an additional 22.5 hours of overtime ($286.88) for the time he worked at Garden Fresh – Mount Prospect, Inc. based on the theory that the two stores jointly employed him.

2. The Defendants are:

    (a) Garden Fresh – Mount Prospect, Inc., an Illinois corporation of which the sole shareholder is Adi Mor;

    (b) Garden Fresh – Arlington Heights, Inc., an Illinois corporation of which the sole shareholder is Adi Mor;

    (c) Garden Fresh Fruit Market, Inc., an Illinois corporation which did not employ any of the Plaintiffs, and of which the sole shareholder is Adi Mor; and

    (d) Adi Mor, the owner and sole-shareholder of each of the three corporate Defendants.

3. Originally, Defendants were represented in this case by Deutsch, Levy & Engel. Defendants are now represented by Krasnow Saunders Cornblath, LLP.

4. Defendants' original lawyers filed a Motion to Strike and Dismiss that sought:

    (a) the dismissal of Defendant Garden Fresh Fruit Market, Inc.; and

    (b) the striking of the state law claim on the grounds that it could not proceed together with the federal law claim.

5. Plaintiffs have filed their response brief to the above Motion in which they argue that if the state law claim is stricken, the issue be certified for interlocutory appeal.

6. Defendants' counsel believes that proceeding in this manner will lead to unintended confusion, inefficiency, and an unnecessary burden to the court. In other words, there is no need to decide whether the state law and federal law claims can be asserted in the same action at this stage of the litigation.

7. The Reply brief in support of Defendant Garden Fresh Fruit Market, Inc.'s Motion to Dismiss is due May 28, 2008, and will be timely filed.

8. Thus, Defendants suggest that:

   (a) Within 7 days, Defendants will file a Motion for Summary Judgment on the claim of Plaintiff Garibay;

   (b) Defendants anticipate filing Motions for Summary Judgment shortly after Plaintiffs Alvarenga and Gonzalez have been deposed with respect to each of their claims;

   (c) If Defendants' Motions for Summary Judgment are denied, the Court can determine a proper procedure for handling Plaintiffs' claims and rule upon the issues raised in the Motion to Strike.

9. Thus, Defendants propose that this matter proceed as follows:

   (a) Once Garden Fresh Fruit Market, Inc. has filed its reply brief regarding the Motion to Dismiss, the Court may rule on that Motion in due course;

   (b) The Motion to Strike the state court allegations be taken under advisement, to be decided at a later date, presumably at the class certification stage should the case reach that point;

   (c) Defendants will file a Motion for Summary Judgment within the next 7 days with regard to Plaintiff Garibay and a briefing schedule be set accordingly;

(d) Defendants Garden Fresh – Mount Prospect, Inc., Garden Fresh – Arlington Heights, Inc., and Adi Mor will Answer the Complaint within 14 days;

(e) An Order be entered requiring Plaintiffs Alvarenga and Gonzalez to appear for their depositions within the next 20 days; and

(f) All discovery be held in abeyance except for that needed to determine whether Plaintiffs' claims have merit.

GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, Defendants

By:   /s/Todd M. Brandel
      One of their Attorneys

Henry C. Krasnow, Esq. (ARDC #1525166)
Todd M. Brandel, Esq. (ARDC #6285806)
Krasnow Saunders Cornblath, LLP
500 North Dearborn Street, 2nd Floor
Chicago, Illinois 60610
Tel   (312) 755-5700
Fax   (312) 755-5720

4