# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, </br></br>    Plaintiffs, </br></br> v. </br></br> GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually, </br></br>    Defendants. | Case No. 08 C 636 </br></br> Hon. Ronald A. Guzman </br> Judge Presiding |

## NOTICE OF MOTION

TO:  Douglas M. Werman                    Jamie G. Sypulski
     Marueen A. Bantz                     Law Offices of Jamie G. Sypulski
     Werman Law Office, P.C.              122 S. Michigan Avenue
     77 West Washington Street, Suite 1402   Suite 1720
     Chicago, Illinois 60602              Chicago, Illinois 60603

PLEASE TAKE NOTICE that on the 27th day of May, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman, Courtroom 1219, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court the **Defendants' Motion Regarding Scheduling And Case Management**, a copy of which is hereby served upon you.

                                Respectfully submitted,

                                **GARDEN FRESH – MOUNT PROSPECT, INC.,
                                GARDEN FRESH – ARLINGTON HEIGHTS, INC.,
                                GARDEN FRESH FRUIT MARKET, INC. and ADI MOR**


                        By:     /s/Todd M. Brandel
                                One of their attorneys

Dated: May 22, 2008

Henry C. Krasnow, Esq. (ARDC # 1525166)
Todd M. Brandel, Esq. (ARDC # 6285806)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Second Floor
Chicago, IL  60610
(312) 755-5700
(312) 755-5720 (facsimile)

## **CERTIFICATE OF SERVICE**

      I declare under penalty of perjury that the foregoing document was served today, by ECF as to filing Users and by U.S. mail as to the following non-ECF users:

      none

Dated: May 22, 2008

                                                     /s/Todd M. Brandel_____
                                                   Todd M. Brandel