UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Cristobal Garibay, et al.
                                             Plaintiff,

v.                                           Case No.: 1:08−cv−00636
                                             Honorable Ronald A. Guzman

Garden Fresh − Mount Prospect, Inc., et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 5/27/2008. Motion by Defendants Garden Fresh − Mount Prospect, Inc., Garden Fresh − Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., Adi Mor for the Motion to Strike to be taken under advisement, for Plaintiffs Alvarenga and Gonzalez to appear for deposition, and for all discovery to be held in abeyance except for that needed to determine whether Plaintiffs' claims have merit [40] is denied as stated in open court. Set deadline as to motion by Defendants Garden Fresh − Mount Prospect, Inc., Garden Fresh − Arlington Heights, Inc., Garden Fresh Fruit Market, Inc., Adi Mor to strike and Dismiss ([18] : Reply due by 6/5/2008. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.