IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually, <br><br> Defendants. | Case No. 08 C 636 <br><br> Hon. Ronald A. Guzman <br> Judge Presiding |

### DEFENDANTS' MOTION TO COMPEL

Defendants, Garden Fresh – Mount Prospect, Inc., Garden Fresh – Arlington Heights, Inc., Garden Fresh Fruit Market, Inc. and Adi Mor, move this Court to compel Plaintiffs to appear for their depositions within 7 days, and in support thereof, state:

1.  Plaintiffs filed this action in January of 2008 alleging that Defendants failed to pay them overtime wages in violation of the Federal Labor Standards Act ("FLSA") and the Illinois Minimum Wage Law ("IMWL").

2.  Defendants moved to strike the state law claim for being incompatible in the same federal lawsuit with the federal law claim, and to dismiss Garden Fresh Fruit Market, Inc. because there were no allegations that any Plaintiff was employed by Garden Fresh Fruit Market, Inc. These motions are currently awaiting ruling.

3.  Defendants wish to promptly take the depositions of each Plaintiff to show that no plaintiff:

    a.  has a claim against any Defendant; and

      b.  is an adequate class representative.

4.     Plaintiffs have refused to appear for their depositions unless Defendants limit the scope of the documents they wish to have produced at the depositions and agree in advance to limit the questions they will ask. (Specifically, the documents to which the Plaintiffs object are those that deal with the Plaintiffs' immigration status). Defendants have suggested that this case will proceed more efficiently if Plaintiffs appear for their depositions and bring with them those documents to which they do not object.  If questions are asked that Plaintiffs' lawyers deem objectionable, they can then object and, if they wish, instruct their clients not to answer. Thus, the matter can proceed with objections being ruled upon, if necessary, in due course at a later date.

5.     Plaintiffs' attorneys have, nevertheless, said they will not suggest dates for Plaintiffs' depositions.

6.     After consultation by telephone between Todd M. Brandel (Defendants' counsel) and Douglas M. Werman and Maureen A. Bantz (Plaintiffs' counsel) on the afternoon of June 9, 2008, and good faith attempts to resolve differences by telephone and written communication, the parties' counsel have been unable to reach an accord. Copies of the letters exchanged by counsel are attached as Group Exhibit A.

                                    **GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR**

                            By:    /s/Todd M. Brandel_____
                                 One of their attorneys

June 12, 2008

Henry C. Krasnow, Esq. (ARDC # 1525166)
Todd M. Brandel, Esq. (ARDC # 6285806)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Second Floor
Chicago, IL  60610
(312) 755-5700
(312) 755-5720 (facsimile)