**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) | |
| | ) | Case No. 08 C 636 |
| Plaintiffs, | ) ) | |
| | ) | Hon. Ronald A. Guzman |
| v. | ) | Judge Presiding |
| | ) | |
| GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    Douglas M. Werman              Jamie G. Sypulski
         Marueen A. Bantz                 Law Offices of Jamie G. Sypulski
         Werman Law Office, P.C.        122 S. Michigan Avenue
         77 West Washington Street, Suite 1402   Suite 1720
         Chicago, Illinois 60602           Chicago, Illinois 60603

PLEASE TAKE NOTICE that on the 17th day of June, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman, Courtroom 1219, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court the **Defendants' Motion To Compel**, a copy of which is hereby served upon you.

Respectfully submitted,

**GARDEN FRESH – MOUNT PROSPECT, INC.,
GARDEN FRESH – ARLINGTON HEIGHTS, INC.,
GARDEN FRESH FRUIT MARKET, INC. and ADI MOR**

By:    /s/Todd M. Brandel_____
        One of their attorneys

Dated:  June  12, 2008

Henry C. Krasnow, Esq. (ARDC # 1525166)
Todd M. Brandel, Esq. (ARDC # 6285806)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Second Floor
Chicago, IL  60610
(312) 755-5700
(312) 755-5720 (facsimile)

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that the foregoing document was served today, by ECF as to filing Users and by U.S. mail as to the following non-ECF users:

Dated:  June 12, 2008

/s/Todd M. Brandel_____
Todd M. Brandel