**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 08 C 636 |
| ) | Hon. Ronald A. Guzman |
| v. ) | Judge Presiding |
| ) | |
| GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually, ) ) ) ) | |
| Defendants. ) | |

**AGREED MOTION TO REMOVE EXHIBIT FROM**
**ELECTRONIC DOCKET AND FOR LEAVE TO FILE REDACTED COPY**

Defendants, pursuant to agreement with Plaintiffs, move for an Order to remove Exhibit 1 to their Response to Plaintiff's Motion for a Protective Order from the electronic docket, to place Exhibit 1 under seal, and to be granted leave to file a redacted copy of Exhibit 1, and in support thereof, state as follows:

1. On June 19, 2008, Defendants electronically filed their Response to Plaintiff's Motion for a Protective Order (Docket #49). Exhibit 1 to that Response was Carlos Gonzalez's employment application, which shows his social security number.

2. Defendants were unaware that electronically filing documents containing social security numbers is impermissible, and thus their filing of the Exhibit containing a social security number was unintentional.

3. Defendants request this Court to enter an Order directing the clerk responsible for maintaining the electronic docket to remove Exhibit 1 to their Response (Docket #49) from the

electronic docket, place it under seal, and be granted leave to file a redacted copy of Exhibit 1, *instanter*. The redacted copy of Exhibit 1 is attached to this Motion.

4. Because Plaintiffs brought this issue to Defendants' attention and the parties' counsel have agreed that this motion is the proper course of action, Plaintiffs presumably have no objection.

                    **GARDEN FRESH – MOUNT PROSPECT, INC.,**
                    **GARDEN FRESH – ARLINGTON HEIGHTS, INC.,**
                    **GARDEN FRESH FRUIT MARKET, INC. and ADI MOR**

                    By: /s/Todd M. Brandel
                         One of their Attorneys

Dated: June 26, 2008

Henry C. Krasnow, Esq. (ARDC # 1525166)
Todd M. Brandel, Esq. (ARDC # 6285806)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Second Floor
Chicago, IL  60610
(312) 755-5700
(312) 755-5720 (facsimile)