# Exhibit 1

# GARDEN FRESH MARKET

www.GardenFreshMarket.com

# Employment Application

## PERSONAL INFORMATION (Please print)

Name: Carlos Gonzalez

Address: 2525 W Ballard Apt. 104  Desplaines IL 60016

Home Phone: 847 6444275   Alternate Phone: _____

Okay to leave a message? ☒ Yes ☐ No   Email: _____

Are you at least 18 years of age? ☒ Yes ☐ No (Garden Fresh Market is required to comply with Federal and State law)

Social Security Number: ▮▮▮▮▮▮▮▮▮

Are you legally eligible for employment in the U.S.? ☒ Yes ☐ No
(All new hires will be required to provide proof of eligibility to work in the U.S.)

## WHERE WOULD YOU LIKE TO WORK? Check all that apply.

| ☐ Garden Fresh Market (Chicago) 5701 W. Belmont Chicago, IL 60634 | ☐ Garden Fresh Market (Wheeling) 1786 Hintz Rd. Wheeling, IL 60090 | ☐ Garden Fresh Market (Mundelein) 340 Town Line Rd. Mundelein, IL 60060 | ☐ Garden Fresh Market (Northbrook) 275 Skokie Blvd. Northbrook, IL 60062 |
|---|---|---|---|
| ☐ Garden Fresh Market (Mt. Prospect) 1145 Mt. Prospect Plaza Mt. Prospect, IL 60056 | ☐ Fresh & Go (Garden Fresh Corporate) 7150 Capitol Drive Wheeling, IL 60090 | ARLINGTON HTS. | |

## WHEN CAN YOU WORK?

I would like to work _____ hours per week.   6-3

I am available to work:

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| From / To | From / To | From / To | From / To | From / To | From / To | From OF / To OF |

## FOR OFFICE USE ONLY

☐ 1st screening interview: ___/___/___   ☐ Cashier  ☐ Deli  ☐ Bakery  ☐ Meat  ☐ Grocery
☐ Recommended for: _____           ☐ Floral  ☐ Produce  ☐ Liquor  ☐ Produce
                                      ☐ Other _____

Notes: _____

**WHAT IS YOUR WORK HISTORY?** This section must be completed.
Please do not substitute resume. List most recent employer first.

Have you been employed by Garden Fresh Market in the past?  ⁱ Yes  ⁱ No
If yes, when? _____ Which store/department? _____

Employer: _____  Phone: _____
Address: _____
Job Title: _____  Supervisor's Name/Title: _____
Duties/Responsibilities: _____
_____
_____

Dates worked: _____  Ending salary: _____
Reason for leaving: _____  Ok to contact? _____

Employer: _____  Phone: _____
Address: _____
Job Title: _____  Supervisor's Name/Title: _____
Duties/Responsibilities: _____
_____
_____

Dates worked: _____  Ending salary: _____
Reason for leaving: _____  Ok to contact? _____

Employer: _____  Phone: _____
Address: _____
Job Title: _____  Supervisor's Name/Title: _____
Duties/Responsibilities: _____
_____
_____

Dates worked: _____  Ending salary: _____
Reason for leaving: _____  Ok to contact? _____

**WHAT ARE YOUR SKILLS?**

In each of the following areas rate your skills from 0 – 10. (10 = highest)
_____ Customer Service     _____ Food Handling     _____ Leadership     _____ Cash Handling     _____ Accuracy
_____ Food preparation     _____ Team Building     _____ Stocking     Languages other than English(list): _____

*For office / administrative positions:*
Computer proficiency: ⁱMicrosoft Word  ⁱExcel  ⁱQuickbooks  ⁱMicrosoft Outlook  ⁱOthers: _____

**WHAT IS YOUR EDUCATION?**

| SCHOOL NAME | LOCATION | MAJOR COURSES | LAST YEAR COMPLETED | DIPLOMA/ DEGREE |
|---|---|---|---|---|
| HIGH SCHOOL | | | | |
| COLLEGE/OTHER | | | | |
| SPECIAL TRAINING | | | | |

## TELL US ABOUT YOU

How were you referred to Garden Fresh Market?
☐ I'm a customer  ☐ Friend  ☐ Website  ☐ Job Fair  ☐ Walk-In  ☐ Other: _____

Tell us what attracted you to Garden Fresh Market:
_____
_____

Is there a specific job or position that you're interested in doing here?
_____
_____

What kinds of things would you like to do each day while working here?
_____
_____

Date you can start: _____  Salary/Wages expected: _____

Give us an example of great customer service you've provided or received:
_____
_____
_____

## REFERENCES

| NAME | PHONE NUMBER | HOW DO YOU KNOW THIS PERSON? | YEARS KNOWN |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

Have you been convicted of a crime in the last 7 years or are you facing prosecution for a crime? (you are not obligated to disclose sealed or expunged criminal records)
☐ Yes  ☐ No

If yes please describe, including the nature of the charge, date, and place of conviction or pending prosecution.
_____
_____

Conviction and/or prosecution does not necessarily exclude you from a position at Garden Fresh Market.

Garden Fresh Market does not discriminate on the basis of race, color, creed, national origin, age, gender, marital status, disability, sexual orientation, religion, family status, filing of workers compensation claims, or any other legally protected status. It is our goal that all applicants be given equal opportunity. Selection decisions will be based on job-related factors. Any applicant needing reasonable accommodation should notify us as soon as possible. We will provide reasonable accommodation unless it creates an undue hardship on the operation of our business.

I understand and certify that the answers given by me to the questions in this application are true and correct, without any omissions of any kind. I authorize Garden Fresh Market to investigate and check any or all of the information I have provided i this application, and I further agree that in the event it is determined that I have provided false or misleading information, my application can be rejected, or, if employed, can result in my immediate termination. I release from liability any company, school, individual, agency, or any other entity providing information to Garden Fresh Market regarding the information given by me in this application. I further acknowledge and agree that employment with Garden Fresh Market is "at will", and this application is not an employment contract.

Signature: _/s/_____  Date: 12/18/06

Name printed: Carlos Gonzalez