# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) | |
| | ) | Case No. 08 C 636 |
| Plaintiffs, | ) | |
| | ) | Hon. Ronald A. Guzman |
| v. | ) | Judge Presiding |
| | ) | |
| GARDEN FRESH – MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Douglas M. Werman               Jamie G. Sypulski
       Marueen A. Bantz                Law Offices of Jamie G. Sypulski
       Werman Law Office, P.C.         122 S. Michigan Avenue
       77 West Washington Street, Suite 1402    Suite 1720
       Chicago, Illinois 60602         Chicago, Illinois 60603

PLEASE TAKE NOTICE that on the 1st day of July, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman, Courtroom 1219, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court the **Defendants' Motion Remove Exhibit From Electronic Docket And For Leave To File Redacted Copy**, a copy of which is hereby served upon you.

Respectfully submitted,

**GARDEN FRESH – MOUNT PROSPECT, INC.,
GARDEN FRESH – ARLINGTON HEIGHTS, INC.,
GARDEN FRESH FRUIT MARKET, INC. and ADI MOR**

By:    /s/Todd M. Brandel_____
       One of their attorneys

Dated:  June  26, 2008

Henry C. Krasnow, Esq. (ARDC # 1525166)
Todd M. Brandel, Esq. (ARDC # 6285806)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Second Floor
Chicago, IL  60610
(312) 755-5700
(312) 755-5720 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I declare under penalty of perjury that the foregoing document was served today, by ECF as to filing Users and by U.S. mail as to the following non-ECF users:

Dated:  June 26, 2008

/s/Todd M. Brandel_____
Todd M. Brandel