## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 636 | **DATE** | 6/30/2008 |
| **CASE TITLE** | CRISTOBAL GARIBAY, et al vs. GARDEN FRESH-MOUNT PROSPECT, INC., et al | | |

**DOCKET ENTRY TEXT**

Agreed motion by Defendants to remove exhibit from electronic docket and for leave to file redacted copy [50] is granted. It is hereby ordered that the Clerk of Court remove  Exhibit 1 to defendants' response (doc.# 49) from the electronic docket,  place it under seal,  and allow  redacted copy of Exhibit 1 to be filed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 636 | **DATE** | 6/30/2008 |
| **CASE TITLE** | CRISTOBAL GARIBAY, et al vs. GARDEN FRESH-MOUNT PROSPECT, INC., et al | | |

**DOCKET ENTRY TEXT**

Agreed motion by Defendants to remove exhibit from electronic docket and for leave to file redacted copy [50] is granted. It is hereby ordered that the Clerk of Court remove Exhibit 1 to defendants' response (doc.# 49) from the electronic docket, place it under seal, and allow redacted copy of Exhibit 1 to be filed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|