# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 636 | **DATE** | 7/8/2008 |
| **CASE TITLE** | GARIBAY, ET AL vs. GARDEN FRESH-MOUNT PROSPECT, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Enter order. Plaintiffs' motion for protective order [46] is granted in part and denied in part. This ruling also addresses many of the issues raised in defendants' pending motion to compel discovery [44]; to the extent it does so, that motion is moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | TP |
|---|---|---|