IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALES, ) ) ) ) Plaintiffs, ) ) vs. ) ) GARDEN FRESH – MOUNT PROSPECT, INC.,) GARDEN FRESH – ARLINGTON HEIGHTS, ) INC., GARDEN FRESH FRUIT MARKET, ) INC., and ADI MOR, ) ) Defendants. ) | No. 08 C 636<br><br>Hon. Ronald A. Guzman<br>Judge Presiding |

**NOTICE OF MOTION**

To: Douglas M. Werman – via ECF
Maureen A. Bantz – via ECF
Todd M. Brandel – via ECF
Henry C. Krasnow – via facsimile (312) 755-5720

PLEASE TAKE NOTICE that on July 15, 2008, at 9:30 A.M. or as soon thereafter as counsel may be heard, I will appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in Courtroom 1219 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and present the Subpoena Resondents' Motion to Quash or Modify Subpoenas, and that I served this Notice of Motion on the parties listed above, in the manner indicated, before 5:00 PM Central time on July 11, 2008.

Garden Fresh – Crystal Lake, Inc., Garden Fresh – Mundelein, L.L.C., Garden Fresh Produce, Inc., Garden Fresh – Skokie, Inc., Garden Fresh – Naperville, Inc., Garden Fresh – Northbrook, Inc., and Garden Fresh – Round Lake Beach, Inc.,

By: s/ Colby M. Green, Esq.,
ARDC No. 6229351
838 Park Avenue
River Forest, Illinois 60305
(708) 772-0237
(866) 616-8508 (facsimile)