UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Cristobal Garibay, et al.

                                               Plaintiff,

v.                                                    Case No.: 1:08−cv−00636
                                                          Honorable Ronald A. Guzman

Garden Fresh − Mount Prospect, Inc., et al.

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/15/2008. Motion by Movants Garden Fresh − Crystal Lake, Inc., Garden Fresh − Mundelein, L.L.C., Garden Fresh Produce, Inc., Garden Fresh − Skokie, Inc., Garden Fresh − Naperville, Inc., Garden Fresh − Northbrook, Inc., Garden Fresh − Round Lake Beach, Inc. to quash or Modify Subpoenas [58] is withdrawn. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.