IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., and ADI MOR, individually,<br><br>Defendants. | Case No. 08 C 636<br><br>Judge Guzman |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Plaintiffs, by their attorneys, and pursuant to Rule 15, Fed. R. Civ. P.15(a), move this Court for leave to file a First Amended Complaint. In support of this motion, Plaintiffs state as follows:

1. This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), and the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* ("IMWL"), for Defendants' failure to pay Plaintiffs and other similarly situated employees overtime wages. This case was filed as a class action pursuant to Fed. R. Civ. P. 23 and a representative action under the FLSA, 29 U.S.C. § 216(b).

2. Plaintiffs now seek leave of Court to add Jose Obregon and Eva Gonzalez as additional Plaintiffs to this Complaint. Plaintiff Obregon worked at multiple Garden Fresh Market grocery stores, including stores located in Mount Prospect, Mundelein, Northbrook, Wheeling, Crystal Lake and Round Lake. Plaintiff Eva Gonzalez also worked at multiple Garden

1

Fresh Market grocery stores, including stores located in Naperville and Mundelein.

3. Plaintiffs also seek leave of Court to add Garden Fresh Mundelein LLC, Garden Fresh – Northbrook, Inc., Garden Fresh – Crystal Lake, Inc., Garden Fresh Produce, Inc., Garden Fresh – Naperville, Inc., and Garden Fresh – Round Lake Beach, Inc. as Defendants in this lawsuit.

4. Under Fed. R. Civ. P. 15(a), "leave [to amend pleadings] shall be freely given when justice so requires." Under Fed. R. Civ. P. 21, a party can be added "at any stage of the action" on terms that are just.

5. Defendants will not be prejudiced by the addition of Jose Obregon and Eva Gonzalez as Plaintiffs. This case is in the early pre-trial stages, and no depositions have yet been taken by either party. Further, Defendants will benefit from the addition of Plaintiff Obregon to this lawsuit because should the Court grant this motion, Plaintiff Obregon will dismiss without prejudice the lawsuit he filed against certain Garden Fresh entities on April 11, 2008 (Case No. 08 C 2059), currently pending before Judge Kendall. Defendants have neither been served nor have filed an Answer in Case No. 08 C 2059. Thus, should this Motion be granted, Defendants will be free of the burden of litigating the similar overtime claims by multiple plaintiffs in two different courtrooms.

6. Defendants also will not be prejudiced by the addition of other Defendants. The previously named Defendants, along with the newly named Defendants, are under common control. Together they collectively operate a chain of grocery stores operating under the "Garden Fresh" brand name, and together they have collectively schemed to deny employees their overtime wages.

7. Defendants do not oppose this motion.

WHEREFORE, Plaintiffs request that this Court enter an Order:

A.  Granting Plaintiffs' Motion to Amend Complaint to Add Additional Plaintiffs;

B.  Granting Plaintiffs' Motion to Amend Complaint to Add Additional Defendants; and

C.  Entering Exhibit 1 on the docket as the First Amended Complaint.

Respectfully submitted,

Dated: August 5, 2008

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz (ARDC#6289000)
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Jamie G. Sypulski
Law Office of Jamie G. Sypulski
122 South Michigan Avenue
Suite 1720
Chicago, Illinois 60603
312/360-0960

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the following **Plaintiffs' Motion for Leave to File First Amended Complaint** was served via electronic mail on August 5, 2008 on:

Todd M. Brandel
Krasnow Saunders Cornblath, LLP
500 North Dearborn Street
Second Floor
Chicago, Illinois 60606

Lawrence R. Miller
Garden Fresh Market
7150 Capitol Drive
Wheeling, IL 60090

s/Douglas M. Werman
Douglas M. Werman