IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>   Plaintiffs,<br><br>  v.<br><br>GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC. GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually,<br><br>   Defendants. | Case No. 08 C 636<br><br>Judge Guzman |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Jeffrey E. Schiller<br>David J. Ben-Dov<br>Deutsch, Levy & Engel, Chartered<br>225 West Washington Street, Suite 1700<br>Chicago, Illinois 60606 | Lawrence R. Miller<br>Garden Fresh Market<br>7150 Capitol Drive<br>Wheeling, IL 60090 |

  PLEASE TAKE NOTICE that on August 7, 2008, at 9:30 a.m., we shall appear before Judge Guzman, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion to Extend the Deadline to Take Discovery on the Class Issues and Plaintiffs' Motion for Leave to File First Amended Complaint**, copies of which are attached hereto and hereby served upon you.

| | |
|---|---|
| Dated: August 5, 2008 | Respectfully submitted,<br><br>s/Douglas M. Werman<br>DOUGLAS M. WERMAN(#6204740)<br>MAUREEN A. BANTZ (#6289000)<br>Werman Law Office, P.C.<br>77 W. Washington, Suite 1402<br>Chicago, Illinois 60602<br>312/419-1008<br>Attorneys for Plaintiffs |