UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cristobal Garibay, et al.
                                      Plaintiff,

v.                                    Case No.: 1:08−cv−00636
                                      Honorable Ronald A. Guzman

Garden Fresh − Mount Prospect, Inc., et al.
                                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held and continued to 9/24/2008 at 09:30 AM. Motion hearing held on 8/7/2008. Motion by Plaintiffs for leave to file First Amended Complaint [63] is granted. Motion by Plaintiffs to Extend the Deadline to Take Discovery on the Class Issues [62] is granted as stated in open court. Plaintiff's motion for class certification to be filed on or before 9/22/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.