IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, CARLOS GONZALEZ, and JOSE OBREGON, on behalf of themselves and all other similarly situated persons, known and unknown, and EVA GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC., GARDEN FRESH FRUIT MARKET, INC., GARDEN FRESH MUNDELEIN LLC, GARDEN FRESH – NORTHBROOK, INC., GARDEN FRESH – CRYSTAL LAKE, INC., GARDEN FRESH PRODUCE, INC., GARDEN FRESH – NAPERVILLE, INC., GARDEN FRESH – ROUND LAKE BEACH, INC., and ADI MOR, individually, <br><br> Defendants. | Case No. 08 C 636 <br><br> Judge Guzman |

**NOTICE OF FILING**

TO:

Todd M. Brandel
Krasnow Saunders Cornblath, LLP
500 North Dearborn Street
Second Floor
Chicago, Illinois 60606

Lawrence R. Miller
Garden Fresh Market
7150 Capitol Drive
Wheeling, IL 60090

    **PLEASE TAKE NOTICE** that on August 7, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' First Amended Complaint**, a copy of which is attached hereto.

Dated: August 7, 2008

Respectfully submitted,

s/Douglas M. Werman
DOUGLAS M. WERMAN (#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312/419-1008
Attorneys for Plaintiffs