**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CRISTOBAL GARIBAY, RODRIGO ALVARENGA, and CARLOS GONZALEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | |
| v. | ) ) | Case No. 08 C 636 |
| GARDEN FRESH - MOUNT PROSPECT, INC., GARDEN FRESH – ARLINGTON HEIGHTS, INC. GARDEN FRESH FRUIT MARKET, INC. and ADI MOR, individually, | ) ) ) ) ) ) | Judge Guzman |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:

Todd M. Brandel                                   Lawrence R. Miller
Krasnow Saunders Cornblath, LLP      Garden Fresh Market
500 North Dearborn Street                   7150 Capitol Drive
Second Floor                                         Wheeling, IL 60090
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on August 26, 2008, at 9:30 a.m., we shall appear before Judge Guzman, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion to Compel Defendants to Completely Answer Plaintiffs' First Request for Production of Documents**, copies of which are attached hereto and hereby served upon you.

Dated: August 22, 2008

Respectfully submitted,

s/Douglas M. Werman
DOUGLAS M. WERMAN(#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312/419-1008
Attorneys for Plaintiffs