AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Cristobal Garibay, et al.

CASE NUMBER: 08 C 636

V.

ASSIGNED JUDGE: Guzman

Garden Fresh-Mount Prospect, Inc., et al.

DESIGNATED
MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Garden Fresh - Northbrook, Inc.
c/o Reg. Stanley H. Feather
666 Dundee Rd. #401
Northbrook, IL  60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Cervantes
(By) DEPUTY CLERK

AUG 0 8 2008
DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/08/08 |
| NAME OF SERVER *(PRINT)* Adriana P. Rodriguez | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand-delivered to: 500 N. Dearborn St, 2nd Floor, Chicago IL 60606. Left document with receptionist. Opposing counsel previously accepted service on behalf of Defendant.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/08/08         *Adriana Rodriguez*
                Date                 Signature of Server

77 W. Washington St. Suite 1402, Chicago IL 60602
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.