**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Cristobal Garibay, et al.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−00636
                                    Honorable Ronald A. Guzman

Garden Fresh − Mount Prospect, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

     MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 8/26/2008. Motion by Plaintiffs Jose Obregon, Eva Gonzlaez, Cristobal Garibay, Rodrigo Alvarenga, Carlos Gonzalez to compel Defendants to Completely Answer Plaintiffs First Request for Production of Documents [70] is granted as stated in open court. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.